IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cr-00453

MIGUEL A. PUENTES-ROSABAL,

Petitioner,

v.

[NO NAMED RESPONDENT],

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER FOR SUMMARY REMAND

Petitioner Miguel A. Puentes-Rosabal currently is detained at the Denver County Jail in Denver, Colorado. Mr. Puentes-Rosabal submitted to the Court, on October 29, 2008, a *pro se* pleading titled "Motion to Transfer Case From Denver District Court." In the Motion, Mr. Puentes-Rosabal asserts that he seeks to remove Criminal Case No. 08CR02432 from the Denver District Court to the U.S. District Court for the District of Colorado, because the State of Colorado does not have jurisdiction over him or the matter at issue. Mr. Puentes-Rosabal further asserts that he was an employee of the Consulate General of Guatemala in Denver, Colorado, and that the state prosecutor is without authority or knowledge of federal laws to prosecute him for incidents that took place in a consulate office. For the reasons stated below, the criminal case will be remanded to the state court.

The Court must construe liberally the documents filed by Mr. Puentes-Rosabal because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

Pursuant to 28 U.S.C. § 1446(a), a defendant desiring to remove a criminal prosecution from a state court must file a notice of removal that contains a short and plain statement of the grounds for removal together with a copy of all process, pleadings, and orders served upon the defendant in the state court. Mr. Puentes-Rosabal has failed to comply with § 1446(a). He has not provided copies of the state court process, pleadings, and orders.

Even construing the notice of removal liberally, the Court is unable to ascertain any legitimate basis for removal of Mr. Puentes-Rosabal's state court criminal case. Title 28 U.S.C. § 1443 permits removal to a federal court under specific circumstances. Mr. Puentes-Rosabal has no right of removal to federal court under either of the provisions of § 1443. The Court, nonetheless, need not address these specific circumstances because the removal notice is procedurally defective. Therefore, criminal action number 08CR02432 will be remanded summarily to the Denver County District Court pursuant to 28 U.S.C. § 1446(c)(4). Accordingly, it is

ORDERED that the State Criminal Action No. 08CR02432 is remanded summarily to the Denver County, Colorado, District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Denver County, Colorado, District Court.

DATED at Denver, Colorado, this 14 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cr-00453-ZLW

Miguel Angel Puentes-Rosabal
Prisoner No. 1606760
Denver County Jail
PO Box 1108
Denver, CO 80201

Denver County Court
1437 Bannock Street
Room 111
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **11/7/08**

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk